# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Putnam, Terry M. | **2. Court or Organization**<br><br>United States District Court, Northern Alabama | **3. Date of Report**<br><br>05/08/2017 |
| **4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)**<br><br>United States Magistrate Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North, Room 307
Birmingham, AL 35203

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Law Professor | Cumberland School of Law, Samford University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Cumberland School of Law, Samford University -- teaching | $12,750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-Employed Art Teacher |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Airlines | 07/14/16 | Philadelphia, PA | Accommodation for canceled flight | One-night hotel room voucher and two meal vouchers |
| 2. | Southwest Airlines | 07/21/16 | San Francisco, CA | Compensation for canceled flight | cash vouchers for futute flights |
| 3. | Southwest Airlines | 07/22/16 | Chicago, IL | Compensation for canceled flight | cash vouchers for future flights |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Univerity of Alabama National Alumni Assocaition | Alumni Scholarship to ▮ | $1,000.00 |
| 2. | University of Alabama | Presidential Scholarship to ▮ | $11,200.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | Student Loans (▮ | M |
| 2. | American Express Company | Credit Card | J |
| 3. | Central Mortgage Company | Mortgage on ▮ townhouse | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Commercial Bank (all accounts) | A | Interest | J | T | | | | | |
| 2. IRA #1 | | | | | | | | | |
| 3. ---Columbia Funds Series XI Dividend Income (mutual fund) | A | Dividend | J | T | Sold (part) | 02/19/16 | J | C | |
| 4. | | | | | Sold (part) | 08/02/16 | J | C | |
| 5. ---Wells Fargo Bank, NA (cash in account) | A | Int./Div. | J | T | | | | | |
| 6. ---Columbia Funds Trust II Mass-Large Value Quant. (mutual fund) | A | Dividend | J | T | Sold (part) | 02/19/16 | K | E | |
| 7. | | | | | Sold (part) | 08/03/16 | J | B | |
| 8. ---Columbia Funds Cap Alloc Mod Aggres Port Class A (mutual fund) | A | Dividend | J | T | Sold (part) | 02/19/16 | J | D | |
| 9. | | | | | Sold (part) | 08/02/16 | J | A | |
| 10. Northwestern Mutual Life Insurance Co. (universal life policies) | D | Dividend | L | T | | | | | |
| 11. IRA #2 | | | | | | | | | |
| 12. ---Charles Schwab & Co (cash in account) | A | Int./Div. | J | T | | | | | |
| 13. ---American Software, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 14. ---Apple, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 15. ---Johnson & Johnson, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 16. ---Facebook, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 17. House in Muscle Shoals, AL (X) | | None | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Townhouse in Birmingham, AL(X) | | None | M | W | Buy | 05/03/16 | M | | Jason M. Adams |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. I have reported compensation/reimbursement my ▇ and I received for canceled airline flights on two occasions. In Philadelphia, our flight to Birmingham was canceled and American Airlines gave us a voucher to stay overnight in a hotel and two vouchers for meals. As they were vouchers for services, I do not know their precise value. While we were returning from an FJC workshop in San Francisco, Southwest Airlines canceled multiple flights, first in San Francisco, for which my ▇ and I each received a cash voucher for use on future flights as compensation. When we arrived in Chicago, our connecting flight to Birmingham was canceled, and Southwest Airlines gave us each another cash voucher for use on future flights as compensation.

Part V, Lines 1 and 2 --- I have reported two scholarships my ▇ received upon entering the University of Alabama, although I do not believe they are "gifts" within the meaning of the financial disclosure requirements. The Presidential Scholarship has nothing to do with me, but was based entirely on my ▇ academic record. The Alumni Scholarship relates to me only in the most indirect sense that only ▇ of University of Alabama alumni are eligible for it, and I am an alumnus of the University.

Part VI, Line 1 --- Out of an abundance of caution, I have reported as a Liability my ▇ student loans from law school, even though I am not legally responsible for them, because I am helping him make payments until he gets established.

Part VII, Lines 3, 4, 6, 7, 8, and 9 --- I sold part of my shares in these mutual funds in my IRA to pay my ▇ educational expenses and to help my ▇ with a downpayment on a townhouse, but I still own some remaining shares in each mutual fund.

Part VII, Line 17 -- In 2013, my ▇ conveyed the title to her house in Muscle Shoals, Alabama, to my ▇ (her only ▇ and heir) when my ▇ developed health problems. I have not previously reported this house as a Gift, as it was from a relative, nor I have previously reported it as it as an Asset as it is not an income-producing property. My ▇ continues to reside in the house and we manage it for her. I am not sure if this is reportable or not, but I am reporting it out of an abundance of caution.

Prt VII, Line 18 -- On May 3, 2016, I helped ▇ buy a townhouse in Brimingham, Alabama. I co-signed on the mortgage and took a one-half interest in the title to the townhouse. On this, I now report an Asset and a Liability, although it is my ▇ home and he makes the mortgage payments on it. It is not an income-producing asset.

| Name of Person Reporting | Date of Report |
|---|---|
| Putnam, Terry M. | 05/08/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terry M. Putnam**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544